| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>MILLER, GRAY H. | 2. Court or Organization<br><br>U.S. DIST. COURT, SO. DIST. TX | 3. Date of Report<br><br>06/10/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>BOB CASEY U. S. COURTHOUSE<br>515 RUSK AVE<br>HOUSTON, TX 77002 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Advisory Board | USS Cavalla Historical Foundation |
| 2. | Member of the Board | Federal Bar Association - Southern District of Texas |
| 3. | Member of the Executive Committee | Houston Marine Insurance Seminars, Inc. |
| 4. | Member of the Advisory Board | National Alliance on Mental Illness (NAMI) of Greater Houston |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MILLER, GRAY H.** | 06/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Everbank Bank Accounts | A | Interest | L | T | Open | 07/16/14 | L | | See Note in Part VIII |
| 2. Brokerage Account #1 (H) | | | | | | | | | |
| 3. - Cash Account (Y) | | | | | | | | | |
| 4. - WTS-SFG Parent Inc | | None | | | Sold | 04/25/14 | J | | |
| 5. - SFG Parent Inc | | None | K | T | Buy | 04/25/14 | J | | |
| 6. - Specialty Foods Group Income T/U (X) | | None | J | T | | | | | |
| 7. Brokerage Account #2 (H) | | | | | | | | | See Note in Part VIII |
| 8. - Wells Fargo Bank Deposit Sweep Accounts | A | Interest | | | Closed | 09/11/14 | J | | |
| 9. - Raymond James Bank Deposit Program - Goldman Sachs Bank USA | A | Interest | J | T | Open | 09/11/14 | J | | |
| 10. - MFS New Discovery Fund-I | | None | | | Sold (part) | 01/21/14 | J | A | |
| 11. | | | | | Sold | 04/30/14 | K | | |
| 12. - Amer Mutual FD Inc CL F2 | B | Dividend | K | T | Buy (add'l) | 05/30/14 | J | | See Note in Part VIII |
| 13. | | | | | Sold (part) | 06/06/14 | K | B | |
| 14. - Harris Assoc Invt TR Oakmark Fund Class I | | None | | | Sold | 05/30/14 | K | C | |
| 15. | | | | | Buy | 05/30/14 | K | | |
| 16. | | | | | Sold | 12/10/14 | K | | |
| 17. - Voya Equity TR Small Cap Opportunities (formerly listed as... | | None | | | Sold | 05/30/14 | K | B | See Note in Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Smallcap World Fund Inc Class F2 | | None | | | Sold | 05/30/14 | K | C | See Note in Part VIII |
| 19. - Thornburg Inv Mgmt Intl Growth Fund CL I | | None | | | Sold | 05/30/14 | K | B | |
| 20. - Wasatch Global Opportunities FD | | None | | | Sold (part) | 04/03/14 | J | A | |
| 21. | | | | | Sold | 04/30/14 | J | | |
| 22. - Wasatch International Oppty Fnd | | None | | | Sold (part) | 03/19/14 | J | A | |
| 23. | | | | | Sold | 05/30/14 | J | A | |
| 24. - Oppenheimer Global Opportunities FD | | None | | | Buy | 04/03/14 | J | | |
| 25. | | | | | Sold | 05/30/14 | J | | |
| 26. - Hotchkis & Wiley FDS Large Cap Value FD CL I | A | Dividend | K | T | Buy | 04/30/14 | K | | |
| 27. | | | | | Sold | 05/30/14 | J | A | |
| 28. - Hodges Small Cap FD Professionally Managed Portfolios | | None | | | Buy | 05/30/14 | K | | |
| 29. | | | | | Sold | 12/10/14 | K | | |
| 30. - American Funds New World Fund Cl F2 | B | Dividend | K | T | Buy | 05/30/14 | K | | |
| 31. | | | | | Sold (part) | 07/14/14 | J | A | |
| 32. - Rydex S&P 500 Pure Growth Fund Class H | A | Dividend | K | T | Buy | 05/30/14 | K | | |
| 33. - Templeton FDS Inc Foreign FD Advisor CL | A | Dividend | J | T | Buy | 05/30/14 | K | | |
| 34. | | | | | Sold (part) | 12/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Templeton Global Smaller Companies FD Advisors CL | A | Dividend | J | T | Buy | 05/30/14 | K | | |
| 36. | | | | | Sold (part) | 12/10/14 | J | | |
| 37. IRA #1 (H) | | | | | | | | | See Note in Part VIII |
| 38. - Wells Fargo Bank Deposit Sweep Accounts | A | Interest | | | Closed | 09/11/14 | J | | |
| 39. - Raymond James Bank Deposit Program - Goldman Sachs Bank USA | A | Interest | J | T | Open | 09/09/14 | J | | |
| 40. - Alliancebernstein FDS Discovery Growth | | None | | | Sold (part) | 04/02/14 | J | A | |
| 41. | | | | | Sold | 04/16/14 | M | E | |
| 42. - Voya Equity TR Small Cap Opportunities (formerly listed as... | | None | | | Sold | 05/30/14 | M | E | See Note in Part VIII |
| 43. - Smallcap World Fund Inc Class F-1 | | None | | | Sold | 01/02/14 | N | F | |
| 44. - Wasatch Global Opportunities FD | | None | | | Buy (add'l) | 01/13/14 | J | | |
| 45. | | | | | Sold | 04/02/14 | M | D | |
| 46. - Westcore TR Intl Small Cap Fund (Formerly listed as ... | | None | | | Buy (add'l) | 01/13/14 | L | | See Note in Part VIII |
| 47. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 48. | | | | | Sold | 05/30/14 | M | D | |
| 49. - MFS New Discovery Fund-I | | None | | | Sold | 04/02/14 | M | E | |
| 50. - American Mutual FD Inc CL F2 | E | Dividend | N | T | Buy (add'l) | 01/13/14 | K | | See Note in Part VIII |
| 51. | | | | | Sold (part) | 04/02/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/16/14 | J | B | |
| 53. - Thornburg Inv Mgmt Intl Growth Fund CL I | | None | | | Buy (add'l) | 04/02/14 | J | | |
| 54. | | | | | Sold | 04/16/14 | M | E | |
| 55. - New World Fund Class F2 - American Funds N/L | E | Dividend | N | T | Buy | 01/02/14 | N | | See Note in Part VIII |
| 56. | | | | | Sold (part) | 04/02/14 | J | A | |
| 57. | | | | | Sold (part) | 04/16/14 | J | A | |
| 58. - Oppenheimer Global Opportunities FD CL Y | | None | | | Buy | 04/02/14 | M | | |
| 59. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 60. | | | | | Sold | 05/30/14 | M | | |
| 61. - Rydex S&P 500 Pure Growth Fund Class H | D | Dividend | M | T | Buy | 04/02/14 | M | | |
| 62. - Oakmark International Fund CL I | D | Dividend | M | T | Buy | 04/16/14 | M | | |
| 63. - Hotchkis & Wiley Fds Large Cap Value FD CL I | D | Dividend | M | T | Buy | 04/16/14 | M | | |
| 64. - Hodges Small Cap Fund Retail Class N/L | B | Dividend | M | T | Buy | 05/30/14 | M | | |
| 65. - Templeton Foreign Fund Advisor Class N/L | D | Dividend | M | T | Buy | 05/30/14 | M | | |
| 66. - Templeton Global Smaller Companies FD Advisors CL N/L | C | Dividend | M | T | Buy | 05/30/14 | M | | |
| 67. IRA #2 (H) | | | | | | | | | See Note in Part VIII |
| 68. - Wells Fargo Bank Deposit Sweep Accounts | A | Interest | | | Closed | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Raymond James Bank Deposit Program - Goldman Sachs Bank USA | A | Interest | J | T | Open | 09/09/14 | J | | |
| 70. - Amer Mutual FD Inc CL F2 | A | Dividend | K | T | Sold (part) | 01/13/14 | J | A | See Note in Part VIII |
| 71. - Harris Assoc Invt TR Oakmark Fund Class I | | None | | | Sold | 01/13/14 | J | B | |
| 72. - Voya Equity TR Small Cap Opportunities (formerly listed as... | | None | | | Buy (add'l) | 01/13/14 | J | | See Note in Part VIII |
| 73. | | | | | Sold (part) | 04/02/14 | J | A | |
| 74. | | | | | Sold | 05/30/14 | J | | |
| 75. - Smallcap World Fund Inc Class F-1 | | None | | | Sold | 01/02/14 | K | B | |
| 76. - Wasatch Global Opportunities FD | | None | | | Sold (part) | 01/13/14 | J | A | |
| 77. | | | | | Sold | 04/02/14 | J | A | |
| 78. - Wasatch International Oppty Fnd | | None | | | Sold | 01/13/14 | J | A | |
| 79. - New World Fund Class F2 - American Funds N/L | A | Dividend | K | T | Buy | 01/02/14 | K | | See Note in Part VIII |
| 80. - MFS New Discovery Fund-I | | None | | | Buy | 01/13/14 | J | | |
| 81. | | | | | Sold | 04/02/14 | J | A | |
| 82. - Alliance Bernstein FDS Discovery Growth FD Advisor Shs | | None | | | Buy | 01/13/14 | J | | |
| 83. | | | | | Sold | 04/16/14 | J | | |
| 84. - Thornburg Inv Mgmt Intl Growth Fund CL I | | None | | | Buy (add'l) | 01/13/14 | J | | |
| 85. | | | | | Buy (add'l) | 04/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 04/16/14 | J | | |
| 87. - Westcore TR Intl Small Cap Fund | | None | | | Buy (add'l) | 01/13/14 | J | | |
| 88. | | | | | Sold | 05/30/14 | J | | |
| 89. - Oppenheimer Global Opportunities FD CL Y | | None | | | Buy | 04/02/14 | J | | |
| 90. | | | | | Sold | 05/30/14 | J | | |
| 91. - Oakmark International Fund Class I | A | Dividend | J | T | Buy | 04/16/14 | J | | |
| 92. - Hotchkis and Wiley Large Cap Value Fund Class I | A | Dividend | J | T | Buy | 04/16/14 | J | | |
| 93. - Hodges Small Cap Fund Retail Class N/L | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 94. | | | | | Sold (part) | 12/04/14 | J | A | |
| 95. - Rydex S&P Pure Growth Fund Class H N/L | A | Dividend | J | T | Buy | 04/02/14 | J | | |
| 96. - Templeton Foreign Fund Advisor Class N/L | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 97. - Templeton Global Smaller Companies FD Advisor Class N/L | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 98. Trust #1 (H) | | | | | | | | | |
| 99. - Ameritrade Cash Holding Account | | None | | | Closed | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, page 4 line 1 - The prior year report shows Everbank Bank Account which included only one account. During 2014, another account was opened at Everbank so the description was renamed Everbank Bank Accounts.

Part VII, page 4 line 7 - Brokerage Account #2 was held at Wells Fargo and on 09/09/14 every single stock/mutual fund that was in this account was transferred in kind to a new account at Raymond James. The Wells Fargo account was closed on 09/11/14 with the transfer of the remaining cash account listed on Part VII, page 4 line 8.

Part VII, page 4 line 12  Amer Mutual FD Inc CL F1 graduated to Amer Mutual FD Inc CL F2.

Part VII, page 4 line 17 Voya Equity TR Small Cap Opportunities was formerly listed as ING Equity TR Smallcap Opportunities FD CL I. The name changed to Voya Equity TR Small Cap Opportunities on 05/02/14.

Part VII, page 5 line 18  Smallcap World Fund Inc Class F-1 graduated to Smallcap World Fund Inc Class F2.

Part VII, page 6 line 37 - IRA #1 was held at Wells Fargo and on 09/09/14 every single stock/mutual fund that was in this account was transferred in kind to a new IRA account at Raymond James. The Wells Fargo account was closed on 09/11/14 with the transfer of the remaining cash account listed on Part VII, page 6 line 38.

Part VII, page 6 line 42 Voya Equity TR Small Cap Opportunities was formerly listed as ING Equity TR Smallcap Opportunities FD CL I. The name changed to Voya Equity TR Small Cap Opportunities on 05/02/14.

Part VII, page 6 line 46  Westcore TR Intl Small Cap Fund was formerly listed as Westcore TR Intl Frontier FD.

Part VII, page 6 line 50  American Mutual FD Inc CL F1 graduated to American Mutual FD Inc CL F2.

Part VII, page 7 line 55  American FDS Inc New CL F-1 graduated to New World Fund Class F2 - American Funds N/L.

Part VII, page 7 line 67 - IRA #2 was held at Wells Fargo and on 09/09/14 every single stock/mutual fund that was in this account was transferred in kind to a new IRA account at Raymond James. The Wells Fargo account was closed on 09/09/14 with the transfer of the remaining cash account listed on Part VII, page 7 line 68.

Part VII, page 8 line 70  Amer Mutual FD Inc CL F1 graduated to Amer Mutual FD Inc CL F2.

Part VII, page 8 line 72 Voya Equity TR Small Cap Opportunities was formerly listed as ING Equity TR Smallcap Opportunities FD CL I. The name changed to Voya Equity TR Small Cap Opportunities on 05/02/14.

Part VII, page 8 line 79  American Fds Inc New CL F-1 graduated to New World Fund Class F2 - American Funds N/L.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GRAY H. MILLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544